# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Henry Broch & Company,<br><br>Plaintiff,<br><br>v.<br><br>Shanghai Pecenp International Co., Ltd.,<br><br>Defendant. | Case No. 18 C 4826<br>Judge Marvin E. Aspen |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff Henry Broch & Company
and against defendant Shanghai Pecenp International Co., Ltd.
in the amount of $9,865,757.04,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Marvin E. Aspen on a motion for default judgment.

Date: 11/29/2018                    Thomas G. Bruton, Clerk of Court

                                    Amanda Scherer, Deputy Clerk